**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

ERIC L. POWELL,

      Petitioner,

    v.

WARDEN, FRANKLIN COUNTY
CORRECTION CENTER,

      Respondent.

CASE NO. 2:17-CV-00276
JUDGE ALGENON L. MARBLEY
Magistrate Judge Kimberly A. Jolson

## OPINION AND ORDER

On May 19, 2017, the Magistrate Judge issued a *Report and Recommendation* recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed without prejudice for want of prosecution. (Doc. 3.) Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (Doc. 3) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED** without prejudice for want of prosecution**.**

                                                                           s/Algenon L. Marbley
                                                                          ALGENON L. MARBLEY
                                                                          United States District Judge